IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL BRENNER<br><br>*Defendant*. | Case No. 1:23-CR-115 (MSN)<br><br>Count 1: 21 U.S.C. §§ 841(a) and 846<br>Conspiracy to Distribute Controlled Substances<br><br>Forfeiture Notice |

## CRIMINAL INFORMATION

### COUNT ONE

*Conspiracy to Distribute Controlled Substances*

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning in or around October 2022, and continuing thereafter up to and including March 2023, the exact dates being unknown, in Fairfax County, Virginia, within the Eastern District of Virginia, and elsewhere, the defendant, MICHAEL BRENNER, and others did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree, to unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846).

## FORFEITURE NOTICE

Upon conviction of the controlled substances offense alleged in Count 1 of the Information, the defendant, MICHAEL BRENNER, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

Further, upon conviction of the controlled substances offense alleged in Count 1 of the Information, the defendant, MICHAEL BRENNER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, any firearm or ammunition involved in or used in the violation.

If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(Pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461; and Fed. R. Crim. P. 32.2(a).)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
Paul Zebb III
Special Assistant United States Attorney
Bibeane Metsch
Assistant United States Attorney

Date: August 3, 2023