IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Criminal No. 1:23cr115 |
| v. ) | |
| ) | Hon. Michael S. Nachmanoff |
| MICHAEL BRENNER ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO TRAVEL**

MICHAEL BRENNER, by and through his attorneys, Jonathan L. Fahey and Bruce Zimet respectfully moves this Court for permission to travel to Jacksonville, Florida on the weekend of September 1-4. In support of this motion, Mr. Brenner states as follows:

1. Mr. Brenner has been under the supervision of pre-trial services since his arrest in May of this year. Mr. Brenner's bond was continued by Judge Nachmanoff after his guilty plea on August 4, 2023. The bond contains restrictions on Mr. Brenner's travel to the Southern District of Florida and the Eastern District of Virginia. Mr. Brenner has been fully compliant with all conditions of release.

2. Mr. Brenner is fully employed while attending graduate school at the University of Miami.

3. Mr. Brenner was selected to be the best man at the wedding of a Navy Seal who served with him. The wedding is scheduled to take place in Jacksonville, Florida, which is in the Middle District of Florida.

    4.  To participate in the wedding, Mr. Brenner requests permission to travel to Jacksonville, Florida from September 1 through September 4. Mr. Brenner has provided a copy of his itinerary and relevant information to his Pretrial Service's Officer and the Government. Neither object to this motion.

    WHEREFORE, Mr. Brenner requests that this Unopposed Motion to Travel be granted.

Dated: August 15, 2023

    Respectfully submitted,

    /s/ _____
    Jonathan L. Fahey
    BROWN RUDNICK LLP
    601 Thirteenth Street NW, Suite 600
    Washington, DC 20005
    Telephone: (202) 536-1700
    Email: jfahey@brownrudnick.com

    *Attorney for MICHAEL BRENNER*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 15th day of August, 2023, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                         Respectfully submitted,

                                         /s/
                                         Jonathan L. Fahey
                                         BROWN RUDNICK LLP
                                         601 Thirteenth Street NW, Suite 600
                                         Washington, DC 20005
                                         Telephone: (202) 536-1700
                                         Email: jfahey@brownrudnick.com