# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | Criminal No. 1:23cr115 |
| ) | |
| v. ) | |
| ) | Hon. Michael S. Nachmanoff |
| MICHAEL BRENNER ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of MICHAEL BRENNER's Unopposed Motion for Travel, it is hereby ORDERED that the motion is GRANTED, and MICHAEL BRENNER is permitted to travel to Jacksonville, Florida from September 1-4, 2023.

/s/
Michael S. Nachmanoff
United States District Judge

MICHAEL S. NACHMANOFF
UNITED STATES DISTRICT JUDGE

August 18, 2023
Alexandria, Virginia