UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL BRENNER,<br>        *Defendant.* | Case Number 1:23-CR-115 |

ORDER

Upon consideration of Defendant's Motion for Early Termination of Probation (Dkt. 54), and the Government's response (Dkt. 57) and for good cause shown, it is hereby

ORDERED that the motion is GRANTED; and it is further,

ORDERED that the Defendant is discharged from probation and the proceedings in this case are TERMINATED.

The Clerk's Office is directed to send a copy of this Order to all counsel of record and to the United States Probation Office.

/s/
Michael S. Nachmanoff
United States District Judge

May 30, 2025
Alexandria, Virginia